# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1804
_____

MARION T. LEE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


July 18, 2019


PER CURIAM.

The petition for belated appeal is denied. *See* Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marion T. Lee, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.